**UNITED STATES of America, Appellee,**

v.

**Laura Elena ESQUER–RIVERA, Appellant.**

**UNITED STATES of America, Appellee,**

v.

**Anacleto NAVA–BIBAYOFF, Appellant.**

**Nos. 74–1110, 74–1099.**

United States Court of Appeals, Ninth Circuit.

Sept. 20, 1976.

Michael J. McCabe (argued), of Federal Defenders, San Diego, Cal., for appellants.

James W. Meyers, Asst. U. S. Atty., on petition for rehearing, Harry D. Steward, U. S. Atty., San Diego, Cal., for appellee.

Before ELY and GOODWIN, Circuit Judges, and EAST,* District Judge.

The court now being fully advised, the petition for rehearing filed July 24, 1975, is

_____

* The Honorable William G. East, United States District Judge for the District of Oregon, sitting by designation.

allowed; the opinion filed July 1, 1974 (500 F.2d 313), is withdrawn; and the judgment of the district court is affirmed on the authority of *United States v. Martinez-Fuerte et al.,* —— U.S. ——, 96 S.Ct. 3074, 49 L.Ed.2d 1116 (1976), *reversing* 514 F.2d 308 (9th Cir. 1975).